■ WILLIAM F. McGOWAN, Appellant, v JACQUELINE AUGUSTINE, Respondent. (Appeal No. 1.) [740 NYS2d 898] —Appeal from an order of Supreme Court, Ontario County (Falvey, J.), entered December 29, 2000, which granted defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Ontario County, Falvey, J. Present—Pigott, Jr., P.J., Green, Hurlbutt and Lawton, JJ.